IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp, | : |
|     Plaintiff, | : |
|     v. | :   Case No. 1:07-CV-2035 |
| Capitol City Brewing Company | : |
|     Defendant. | : |

RETURN OF SERVICE AS TO PRIVATE CORPORATION

Attached is the Affidavit of Service of Scott Tilles, who affirms under oath and the penalty of perjury, that he served defendant, Capitol City Brewing Company, LLC., with the summons and complaint on December 11, 2007 at 1:21 p.m. Service was made upon defendant's resident agent, David Von Storch.

Respectfully submitted,

/s/Joel R. Zuckerman
Joel Zuckerman
District of Columbia Bar No. 480152
Maxwell & Barke LLC
51 Monroe Street, Suite 806
Rockville, MD 20850
Telephone:   (301) 309-8300
Facsimile:   (301) 309-8303
  *Attorneys for the plaintiff*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Columbia

Case Number: 1:07-CV-02035

Plaintiff:
**David C. Sharp**

vs.

Defendant:
**Capitol City Brewing Company, LLC**

Received by ESQ Process Servers to be served on **Capitol City Brewing Company, LLC c/o Resident Agent, David Von Storch, 1612 U Street, NW, #400, Washington, DC 20009**.

I, Scott Tilles, being duly sworn, depose and say that on the **11th day of December, 2007** at **1:21 pm**, I:

served a **RESIDENT AGENT** by delivering a true copy of the **Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for all Purposes, and Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **David Von Storch** as **Resident Agent** at the address of: **1612 U Street, NW, #400, Washington, DC 20009** on behalf of **Capitol City Brewing Company, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 14th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Comm Exp 1-1-2011

Scott Tilles
Process Server

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD  20850**
**(301) 762-1350**
Our Job Serial Number: 2007019013
Ref: David C. Sharp

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David C. Sharp

**SUMMONS IN A CIVIL CASE**

V.

Capitol City Brewing Company, LLC

Case: 1:07-cv-02035
Assigned To : Lamberth, Royce C.
Assign. Date : 11/8/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Capitol City Brewing Company, LLC
serve on resident agent:
David von Storch
1612 U St., NW, #400
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel R. Zuckerman
Maxwell & Barke LLC
51 Monroe Pl, Ste 806
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

<u>NANCY MAYER-WHITTINGTON</u>         NOV - 8 2007
CLERK                                  DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK