UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID C. SHARP<br><br>        Plaintiff<br><br>v.<br><br>CAPITOL CITY BREWING COMPANY, LLC<br>1612 U Street, N.W., Suite 400<br>Washington, D.C. 20009<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:07-CV-02035-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

COMES NOW Defendant Capitol City Brewing Company, LC, by and through counsel, and in Answer to the Complaint filed herein, respectfully states unto this Honorable Court as follows:

### FIRST DEFENSE

With respect to the individually numbered paragraphs of the Complaint, Defendant responds as follows:

1. The allegations in paragraph 1 are jurisdictional allegations to which no response is required. To the extent that a response is deemed required, the allegations are admitted.

2. The allegations in paragraph 2 are jurisdictional allegations to which no response is required. To the extent that a response is deemed required, the allegations are admitted.

3. The allegations in paragraph 3 are allegations of venue to which no response is required. To the extent that a response is deemed required, the allegations are admitted except that the Defendant lacks information sufficient to form a belief as to whether any events occurred.

-2-

4.     Defendant lacks information sufficient to form a belief concerning the allegations in paragraph 4 and demands strict proof thereof.

5.     Admitted, except that the proper spelling of Defendant's name is Capitol City Brewing Company, LC.

6.     Admitted.

7.     Admitted.

8.     Denied.

9.     Denied.

10.    Denied.

11.    Defendant lacks information sufficient to form a belief concerning the allegations in paragraph 11 and demands strict proof thereof.

12.    Defendant lacks information sufficient to form a belief concerning the allegations in paragraph 12 and demands strict proof thereof.

13.    Defendant lacks information sufficient to form a belief concerning the allegations in paragraph 13 and demands strict proof thereof.

Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Any matter not expressly admitted herein is denied.

## SECOND DEFENSE

The Complaint filed herein fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

To the extent that the restroom facilities at Capitol City Brewing Company's 1100 New

-3-

York Avenue location ("the Restaurant") may, in any respect, fail to satisfy all requirements of the Americans with Disabilities Act ("ADA") or its implementing regulations, the Defendant has notified the Plaintiff that it is beginning a remodeling project at the Restaurant (with construction scheduled to begin in January 2008 or as soon thereafter as permits required by the District of Columbia may be obtained) which will include remodeling of its restroom facilities.  Defendant has required its contractor, Providence Group, to include in the renovation contract a provision that states that the completed restroom facilities will comply fully with the ADA and its implementing regulations, thus rendering this action moot.

## FOURTH DEFENSE

Plaintiff's claims are or may be barred by the statute of limitations, waiver, laches, estoppel, or any other defense which may be found to have merit during discovery or trial in this action.

WHEREFORE, Defendant Capitol City Brewing Company, LLC prays:

1. That this action be dismissed with prejudice and without leave to renew;

2. That this Court award it attorneys fees and costs pursuant to 42 U.S.C. 12205; and

3. That this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

SCHEUERMANN & MENIST

By:      /s/ Stephanie E. Carnes
Elizabeth Menist, D.C. Bar# 475052
Stephanie E. Carnes, D.C. Bar# 500529
700 E Street, S.E.
Washington, D.C.  20003
(202) 547-9180
(202) 547-2050 fax

Counsel for the Defendant

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Answer was this 28th day of December, 2007 sent by first-class U.S. mail, postage prepaid to:

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850

                                            /s/ Stephanie E. Carnes
                                            Stephanie E. Carnes