**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DAVID C. SHARP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-2035 (RCL)** |
| **CAPITOL CITY BREWING COMPANY, LLC,** | ) | |
| **Defendant.** | ) | |

## ORDER

Defendant Capitol City Brewing Company has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.