```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

David C. Sharp,

    Plaintiff,

    v.                           Case No. 1:07-CV-02035-RCL

Capitol City Brewing Company, LLC

    Defendant.

### PRAECIPE

The parties proposed Scheduling Order is filed as an attachment to this Praecipe and should be connected to the parties' Rule 16.3 Statement (Doc. # 5). Counsel inadvertently neglected to file the proposed order earlier.

                              Respectfully submitted,

                              <u>/s/Joel R. Zuckerman</u>
                              Joel Zuckerman
                              District of Columbia Bar No. 480152
                              Maxwell & Barke LLC
                              51 Monroe Street, Suite 806
                              Rockville, MD 20850
                              Telephone:  (301) 309-8300
                              Facsimile:   (301) 309-8303
                              *Attorneys for the plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this <u> 1st</u> day of February, 2008, a true and correct copy of the foregoing was sent via this Court''s ECF system to all counsel of record who have appeared in this case, namely:

                        Elizabeth Menist, Esq.
                        Stephanie Carnes, Esq.
                        700 E Street, S.E.
                        Washington, D.C. 20003

                        _____/s/_____
                        Joel R. Zuckerman

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

David C. Sharp,

      Plaintiff,

      v.                    Case No. 1:07-CV-02035-RCL

Capitol City Brewing
Company, LLC

      Defendant.

### PARTIES' PROPOSED SCHEDULING ORDER

The Parties, upon the conclusion of their Rule 16.3 Conference, submit the following as a proposed Scheduling Order:.

The parties have agreed to make Rule 26(a)(1) Initial Disclosures shall be on **February 8, 2008.**

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by **March 14, 2008.**

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by **April 14, 2008.**

Discovery shall be completed by **June 1, 2008.**

Dispositive motions shall be filed by **July 1, 2008.**

Each party shall be entitled to take 3 depositions.

Each party is limited to a maximum 25 interrogatories to any other party.  Responses to all interrogatories are due 30 days after services.  See Fed. R. Civ. P. 33.

Each party is limited to a maximum of 25 requests for production of documents. Responses to requests for production of documents are due 30 days after service.

Each party is limited to a maximum of 25 requests for admission to any other party. Responses to all requests for admission are due 30 days after service.

Each party is limited to 3 depositions and no depositions shall take longer than 7 hours unless both parties agree or unless authorized by the Court. Fed. R. Civ. P. 30(d); LCvR26.2(c).

_____
Judge, United States District Court
For the District of Columbia

Copies to:

Joel R. Zuckerman, Esq.
Stephanie Carnes, Esq.
Elizabeth Menist, Esq.