IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David C. Sharp,

    Plaintiff,

    v.                           Case No. 1:07-CV-02035-RCL

Capitol City Brewing
Company, LLC

    Defendant.

**SCHEDULING ORDER**

The parties have agreed to make Rule 26(a)(1) Initial Disclosures shall be on **February 8, 2008**.

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by **March 14, 2008**.

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by **April 14, 2008**.

Discovery shall be completed by **June 1, 2008**.

Dispositive motions shall be filed by **July 1, 2008**.

Each party shall be entitled to take 3 depositions.

Each party is limited to a maximum 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after services. See Fed. R. Civ. P. 33.

Each party is limited to a maximum of 25 requests for production of documents. Responses to requests for production of documents are due 30 days after service.

Each party is limited to a maximum of 25 requests for admission to any other party. Responses to all requests for admission are due 30 days after service.

Each party is limited to 3 depositions and no depositions shall take longer than 7 hours unless both parties agree or unless authorized by the Court. Fed. R. Civ. P. 30(d); LCvR26.2(c).

Dated: 2/5/08                            /s/
                                         _____
                                         Judge, United States District Court
                                         For the District of Columbia

Copies to:

Joel R. Zuckerman, Esq.
Stephanie Carnes, Esq.
Elizabeth Menist, Esq.

2