UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID C. SHARP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2035 (RCL) |
| ) | |
| **CAPITOL CITY BREWING** ) | |
| **COMPANY, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The third full paragraph of the Court's February 5, 2008 Scheduling Order is hereby amended to read as follows:

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by **defendant's** retained experts are due by April 14, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on February 6, 2008.