```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

David C. Sharp,

    Plaintiff,

    v.                              Case No. 1:07-CV-02035-RCL

Capitol City Brewing
Company, LLC

    Defendant.

### PRAECIPE

An amended Statement of Material Facts is filed as an attachment to this Praecipe and should be connected to the plaintiff's Motion for Summary Judgment, (Doc. # 9). The Statement of Material Facts originally filed with the Motion for Summary Judgment fails to identify the parts of the record where these facts are established.

                                      Respectfully submitted,

                                      /s/Joel R. Zuckerman
                                      Joel Zuckerman
                                      District of Columbia Bar No. 480152
                                      Maxwell & Barke LLC
                                      51 Monroe Street, Suite 806
                                      Rockville, MD 20850
                                      Telephone:  (301) 309-8300
                                      Facsimile:     (301) 309-8303
                                      *Attorneys for the plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on this __20th__ day of March, 2008, a true and correct copy of the foregoing was sent via this Court''s ECF system to all counsel of record who have appeared in this case, namely:

    Elizabeth Menist, Esq.
    Stephanie Carnes, Esq.
    700 E Street, S.E.
    Washington, D.C. 20003


    _____/s/_____
    Joel R. Zuckerman

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David C. Sharp

    Plaintiff,

vs.                    CASE NO.: 07-cv-2035

Capitol City Brewing Company, LLC.

    Defendant.

PLAINTIFF'S RULE 7(h)
STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE

1. Plaintiff David C. Sharp is an individual with a disability, and requires the use of a wheelchair for mobility. **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 2.**

2. Plaintiff visited defendant's place of public accommodation, a restaurant, known as the Capitol City Brewing Company ("Restaurant"), located at 1100 New York Avenue, Washington, D.C. Plaintiff intends to return to the restaurant. **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 6.**

3. Defendant owns and operates the Restaurant. **Answer to Complaint, paragraph 5.**

4. Plaintiff encountered the barriers to access set forth in his complaint during his visit to the Restaurant. **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 6.**

5. Plaintiff was unable to enter the "accessible" toilet stall because it was too narrow, and was unable to use the sink in the toilet room because a panel located underneath the counter top prevented him from being able to maneuver his wheelchair close enough to reach the faucet controls.  **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 6.**

6. The accessible toilet stall is less than 60" wide.  **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 6.**

7. There is a panel underneath the sink counter top that prevents Mr. Sharp from being able to pull his wheelchair close enough to the faucet controls to be able to use the sink.  **Exhibit "A" to Plaintiff's Motion for Summary Judgment, paragraph 6.**

8. The removal of the architectural barriers to access at the Restaurant is both readily achievable and technically feasible.  **Generally, Exhibit "C" to plaintiff's Motion for Summary Judgment, affidavit and report of Michael Chenail.**

       Respectfully submitted:


       _____/s/_____
       Joel R. Zuckerman
       D.C. Bar No.
       Maxwell & Barke LLC
       *Attorneys for Plaintiff*
       51 Monroe St., Suite 806
       Rockville, Maryland 20850
       Telephone:    (301) 309-8300
       Facsimile:    (301) 309-8303


       Certificate of Service

I hereby certify that on March 20th, 2008, I furnished a true and correct copy of the foregoing document, via this Court's ECF System:

       Elizabeth Menist
       Stephanie E. Carnes
       700 E. Street, SE
       Washington, D.C. 20003
       sec@estreetlaw.com


       /s/
       _____
       Joel R. Zuckerman