### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp, )<br><br>Plaintiff, )<br><br>v. )<br><br>Capitol City Brewing Company, LLC )<br><br>Defendant. ) | Case No. 1:07-CV-02035-RCL |

### NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with LcVR 83.6, the Clerk of the Court will please withdraw the appearance of Stephanie E. Carnes (Bar No. 500529) on behalf of Defendant Capitol City Brewing Company. John E. Scheuermann (Bar No. 185470) and Elizabeth Menist (Bar No. 475052) of Scheuermann & Menist have already entered their appearances on behalf of the Defendant. No trial date has been set in this matter.

Respectfully submitted,


Stephanie E. Carnes, Bar No. 500529
Scheuermann & Menist
700 E Street, SE
Washington, DC 20003
Phone: (202) 547-9180
Fax: (202) 547-2050
Email: sec@estreetlaw.com

David Von Storch
CEO
Capitol City Brewing Company, LC
1612 U Street, N.W.
Washington, D.C. 20009
Phone: 202-939-2565

*Withdrawing Counsel for Defendant Capitol City Brewing Company*

*Defendant Capitol City Brewing Company*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Notice of Withdrawal of Appearance, was this _11_ th day of April, 2008 sent by first-class U.S. mail, postage prepaid to:

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850

/s/ Stephanie Carnes
Stephanie Carnes