IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Capitol City Brewing Company, LLC<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-CV-02035-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Capitol City Brewing Company hereby asks this honorable Court for a two-week extension of time, until May 13, 2008, to file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and in support hereof, refers the Court to the attached memorandum of points and authorities.

**Statement Pursuant to LcvR 7(m)**

Undersigned counsel requested the consent of counsel for the Plaintiff to the two-week extension of time on April 24, 2008.  Plaintiff's counsel would only agree to a one day extension of time.  Hence, this motion is contested.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SCHEUERMANN & MENIST

　　　　　　　　　　　　　　　　　　　/s/ Elizabeth Menist
　　　　　　　　　　　　　　　　　　　Elizabeth Menist, Bar No. 475052
　　　　　　　　　　　　　　　　　　　700 E Street, S.E.

> Washington, DC 20003
> Tel: 202-547-9180
> Fax: 202-547-2050
> Email: em1@estreetlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Defendant's Motion for Extension of Time, with accompanying Memorandum of Points and Authorities and Proposed Order, was this 28th day of April, 2008 sent by first-class U.S. mail, postage prepaid to:

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850

> /s/ Elizabeth Menist
> Elizabeth Menist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-02035-RCL |
| ) | |
| Capitol City Brewing Company, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION EXTENSION OF TIME**

Pursuant to Fed.R.Civ. P. 6(B)(1)(a), Defendant Capitol City Brewing Company, LLC ("Capitol City") hereby asks this Honorable Court for an extension of time in which to file its Reply to to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

On April 11, 2008, Stephanie E. Carnes, Esquire, who was lead counsel for Capitol City in this case, filed her Notice of Withdrawal as counsel due to her impending departure from the law firm of Scheuermann & Menist. She left the firm on April 18, 2008.

On April 17, 2008, the Plaintiff filed his Opposition to Defendant's Motion for Summary Judgment, the Reply to which would ordinarily be due on April 29, 2008. Capitol City seeks a two week extension of time, until May 13, 2008, in which to file its Reply, so that undersigned counsel, who has had minimal involvement with the case since the filing of the Answer in December, and is additionally burdened by assuming responsibility for a number of Ms. Carnes' other cases, may familiarize herself with the case. Fed.R.Civ.P 6(b)(1)(a) empowers this Court to provide such an extension of time for good cause shown. The interests of justice require that

undersigned counsel be given additional time so that Capitol City is not prejudiced by the withdrawal of its former lead counsel. As the Scheduling Order in this case does not require dispositive motions to be filed until July 1, 2008, the brief delay herein requested would not unduly burden the Court or the Plaintiff.

> Respectfully submitted,
>
> SCHEUERMANN & MENIST
>
> /s/ Elizabeth Menist
> Elizabeth Menist, Bar No. 475052
> 700 E Street, S.E.
> Washington, DC 20003
> Tel: 202-547-9180
> Fax: 202-547-2050
> Email: em1@estreetlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Capitol City Brewing Company, LLC )<br>)<br>Defendant. )<br>) | Case No. 1:07-CV-02035-RCL |

ORDER

Upon consideration of Defendant's Motion for Extension of Time to file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment and any Opposition thereto, it is hereby

ORDERED that Defendant's Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that Defendant shall file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment no later than May 13, 2008.

                                                                 United States District Judge

Copies to:

Elizabeth Menist, Esquire
Scheuermann & Menist
700 E Street, S.E.
Washington, DC 20003

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850