IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| David C. Sharp, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-02035-RCL |
| | ) | |
| Capitol City Brewing Company, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Capitol City Brewing Company ("Capitol City") hereby replies to Plaintiff's

Opposition to Defendant's Motion for Summary Judgment.  Plaintiff appears to be making two

points in his Opposition: first, that because Capitol City has not yet completed the renovations to

the restrooms at its 1100 New York Avenue, N.W. location, it might cease those renovations,

thus leaving the Plaintiff without the relief sought – a restroom that he can use; and second, that

the drawings produced to Plaintiff as part of Capitol City's initial disclosures do not reflect an

ADA-compliant restroom.

With respect to Plaintiff's first issue, Capitol City has already contracted with the general

contractor for the renovations to be performed, obtained the permit from the District of Columbia

to perform the renovation, and ordered many of the materials for the renovations.  See

Defendant's Motion for Summary Judgment; and Second Affidavit of Jeffrey Beaudoin, attached

hereto as Attachment A, ¶2.  Any suggestion that it would discontinue the project at this juncture

is not only purely speculative, but also not credible given the financial investment already made

in the project.

With respect to the ADA compliance of the preliminary drawings of the restrooms, upon being put on notice that the restrooms shown might not (contrary to the designer's representations to Capitol City) comply with the ADA's implementing regulations with respect to accessibility, Capitol City engaged an architect who has substantial experience with ADA-compliance, who has produced a revised plan which he certifies comply with the ADA. See Affidavit of Stephen von Storch, attached hereto as Attachment B. Capitol City will use Mr. Von Storch's plan for its restroom renovation. See Second Beaudoin Affidavit, ¶4.

Respectfully submitted,

SCHEUERMANN & MENIST

/s/ Elizabeth Menist
Elizabeth Menist, Bar No. 475052
700 E Street, S.E.
Washington, DC 20003
Tel: 202-547-9180
Fax: 202-547-2050
Email: em1@estreetlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment was this 13th day of May, 2008 sent by first-class U.S. mail, postage prepaid to:

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850

/s/ Elizabeth Menist
Elizabeth Menist

Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David C. Sharp, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:07-CV-02035-RCL |
| | ) |
| Capitol City Brewing Company, LLC | ) |
| | ) |
| Defendant. | ) |

## SECOND AFFIDAVIT OF JEFFREY BEAUDOIN

City of Washington    )
District of Columbia  ) ss:

     I, Jeffrey Beaudoin, first being duly sworn, hereby depose and state:

1.     I am the Chief Financial Officer of Defendant Capitol City Brewing Company.

2.     Capitol City ordered and paid for the tile for the renovation of its mens and womens restrooms at its 1100 New York Avenue, N.W. location in March, 2008. The vendor advises that the tile will arrive in mid-June, 2008 per the email to Capitol City's Region Manager attached hereto as Exhibit 1. Construction will commence once the tile arrives.

3.     Capitol City has selected NeoMetro washbasins "Stainless Steel – D Bowl. 8981-1-IB-RLD-HP-DML-SO-OF-PDM-HP" and faucets "L spout censored operated faucet –DML-SO" per the specification sheet attached hereto as Exhibit 2 to install in the aforesaid mens and womens restrooms at its 1100 New York Avenue, N.W. location.

4.     The plan titled ADA Toilet Room Layout, dated May 2, 2008, prepared by architect Stephen von Storch and attached to his affidavit, will be used as the plan for the renovation of the restrooms at Capitol City's 1100 New York Avenue, N.W. location.

                                     _____
                                     Jeffrey Beaudoin

Subscribed and sworn to me before this 13th day of May, 2008.

                                     Elena J. Moore
                                     Notary Public

Elena I. Moore
Notary Public, District of Columbia
My Commission Expires 11/30/2010

Exhibit 1

**From:** Barbara Lopez [mailto:bl@innosurfaces.com]
**Sent:** Thursday, May 01, 2008 1:05 PM
**To:** Mark Pearson
**Cc:** Miriam Alcala
**Subject:** INV# 11548

Hello Mark,

Here is the information you have requested; please advise if there is anything else you may need.

The check was received on  4/1/08 total of $6073.97

The materials were ordered that day or on  3/31/08

The current expectation is that the materials will be delivered on  Approximately mid June; pending arrival of container and customs clearance

Best Regards,

Barbara Lopez

Innovative Surfaces

7302 sw 45th street

Miami, FL 33155

OFF: 305-267-8827

FAX: 305-267-8828

NEO-METRO®
Prices effective 1/1/2008

# System M2 Basins 8981

**A System Approach to Bath Fixtures - Neo-Metro provides ALL Components**

*Signed submittal must accompany order*

- One connection for multiple basins
- Pressure balance mixing valve included
- P-traps included
- Valving included
- Multiple basin solutions
- Variety of basin styles
- Shelf solutions

- Versatility
- Fixtures considered recyclable
- ANSI, ASA, CSA & UFAS compliant

  
ADA Compliant · UFAS · Recyclable Product

Space Saving · Lower Installation Cost · Lower Maintenance & Operation Cost · Saves Water · ADA Compliant

## 8981 - System M2 Washbasin (Commercial)

**8981 - Straight Front Washbasin-** Model 8981 is a straight front washbasin with heavy duty stainless steel construction. One waste connection for up to three basins, fixtures available in one (-1), two (-2), three (-3) of four (-4) station configurations; various options available including basin styles, faucet styles and backsplash. **Shipping Weight: Varies with options**

| | Model/option | One-Station | Two-Station | Three-Station | Four-Station |
|---|---|---|---|---|---|
| | **8981** | **8981-1**<br>Length:<br>24" (610mm)<br>Weight:<br>75 lbs. (34 kg.) | **8981-2**<br>Length:<br>48" (1220mm)<br>Weight:<br>115 lbs. (52.2 kg.) | **8981-3**<br>Length:<br>72" (1830mm)<br>Weight:<br>155 lbs. (70.3 kg.) | **8981-4**<br>Length:<br>96" (2440mm)<br>Weight:<br>180 lbs. (81.6 kg.) |
| | Stainless Steel - Round Bowl | -IB-RL | | | |
| | Stainless Steel (Mira) - Round Bowl | -IB-RL-HP | | | |
| | Stainless Steel - D Bowl | -IB-RLD | | | |
| | Stainless Steel (Mira) - D Bowl | -IB-RLD-HP | | | |
| | Stainless Steel - Trapezoid | -IB-TZ | | | |
| | Stainless Steel (Mira) - Trapezoid | -IB-TZ-HP | | | |
| | J Spout   Hand Operated | -DMJ-H | | | |
| | L Spout   Hand Operated | -DML-H | | | |
| | J Spout   Sensor Operated   Plug-in Power Supply | -DMJ-SO | | | |
| | L Spout   Sensor Operated   Plug-in Power Supply | -DML-SO | | | |
| | Punching for Valving by Others | -09 | | | |
| | Overflow Waste Outlet | -OF | | | |
| | 3" High 60" Backsplash | -BKS | | | |
| | Metering Liquid Soap   Dispenser and Refill | -PDM-S | | | |
| | *(Call Neo-Metro for Soap Recommendations)* | -PDM-HP | | | |
| | Electric Instant Water Heater | -HTR | | | |
| | Extended Countertop | -ECL / -ECR<br>(left)   (right) | | | |
| | Trash Receptacle | -WRL / -WRR<br>(left)   (right) | | | |

**All Tech Sheets for System M2 must have sign-off to endorse options desired.**

     
Commercial   Residential   Stocked   New   Recycled

Attachment B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David C. Sharp,                              )
                                             )
          Plaintiff,                         )
                                             )
              v.                             )          Case No. 1:07-CV-02035-RCL
                                             )
Capitol City Brewing Company, LLC            )
                                             )
          Defendant.                         )
                                             )
_____)

AFFIDAVIT OF STEPHEN VON STORCH

County of __Albemarle__ )
Commonwealth of Virginia  ) ss:

I, Stephen von Storch, first being duly sworn, hereby depose and state:

1.     I am over eighteen years old and I have first-hand knowledge of the statements made herein.

2.     I am registered to practice architecture in Virginia, Maryland and Washington D.C. I have practiced as a licensed architect for twenty years. My practice regularly includes designing new and remodeled buildings that comply with requirements of the Americans with Disabilities Act ("ADA") and its implementing regulations in effect at that time.

3.     On or about April 30, 2008, I was engaged by Capitol City Brewing Company, LC ("Capitol City") to review and, if necessary, revise, plans for renovation of the restrooms at its 1100 New York Avenue, N.W., Washington, D.C. location, to ensure that the renovated restrooms would comply with the ADA and its implementing regulations with respect to accessability.

4.     I reviewed the plans that were provided to me by Capitol City and prepared a new plan encompassing both the men's and women's restrooms at its 1100 New York Avenue, N.W., Washington, D.C. location.  That plan is attached hereto as Exhibit 1.

5.     The restroom design reflected in Exhibit 1 complies with the ADA. The proposed restroom design is based on the standards stipulated in ICC/ANSI A117.1-2003. The proposed plan provides compliant design for access to and from each restroom as well as compliant layout of required fixtures and required accessories. The plan describes the

location and mounting of toilets, lavatories, grab bars and other items. Floor clearances for door swing and individual fixtures are specified. In the case that a specific detail or dimension is not specified ICC/ANSI A117.1-2003 shall govern.

Stephen von Storch

Subscribed and sworn to me before this _12th_ day of May, 2008.

Notary Public

My commission expires: 11/30/2010



OFFICIAL SEAL
NOTARY PUBLIC COMMISSION OF VIRGINIA
ANDREW R GREENBERG
COUNTY OF ALBEMARLE
ID # 7063775
My Commission Expires
November 30, 2010



NOTES:

-stall dimensions both rooms will not require additional toe clearance.
-lavatories mounted at 34", 27" clearance and knee clearance per figure 306.3.
-any item not specifically located, dimensioned or specified shall comply to ICC/ANSI A117.1-2003 including but not limited to door hardware, plumbing fixtures and hardware, mirrors, grab bars and miscellaneous accessories.
-final installation must comply with minimum standards specified here and in ICC/ANSI A117.1-2003 but may be adjusted to achieve architectural intent as long as specified standard is met.

ADA TOILET ROOM LAYOUT

Stoneking / von Storch Architects
P.O. Box 1332 Charlottesville, VA 22902

SK
001

1 of 1