IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| David C. Sharp, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-02035-RCL |
| | ) | |
| Capitol City Brewing Company, LLC | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Defendant's Motion [16] as amended [17] for Extension of Time to file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment and any Opposition thereto, it is hereby

ORDERED that Defendant's Motion for Extension of Time is GRANTED *nunc pro tunc*; and it is

FURTHER ORDERED that Defendant shall file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment no later than May 13, 2008. The reply filed that date shall be deemed timely.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 29, 2008.

Copies to:

Elizabeth Menist, Esquire
Scheuermann & Menist
700 E Street, S.E.
Washington, DC 20003

Joel R. Zuckerman, Esquire
Maxwell & Barke
51 Monroe Place, Suite 806
Rockville, MD 20850